IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

IN THE MATTER OF THE SEARCH OF:
THE PREMISES LOCATED AT 11985 NS
3580, SEMINOLE, OK 74868, IDENTIFIED
BY PARCEL 0000-02-009-006-4-017-00,
LOCATED WITHIN THE EASTERN
DISTRICT OF OKLAHOMA

Case No.   25-MJ-84-JAR

MOTION TO FILE UNDER SEAL

COMES NOW the Plaintiff, United States of America, by and through Christopher J. Wilson, United States Attorney, and Jordan Howanitz, Assistant United States Attorney, for the Eastern District of Oklahoma, and requests the Application for an Anticipatory Search Warrant, Affidavit, Anticipatory Search Warrant, Search Warrant Return this Motion to Seal and the Order thereon in the above-captioned case be filed under seal. The Government makes this request to protect the privacy and safety interests of the Government's investigation. Any disclosure of these documents could jeopardize its investigation.[1]

Wherefore, the United States of America respectfully requests the Application for an Anticipatory Search Warrant, Affidavit, Anticipatory Search Warrant, Search Warrant Return, this Motion to Seal and the Order thereon submitted in the above-captioned case be filed under seal.

CHRISTOPHER J. WILSON
United States Attorney

s/    Jordan Howanitz
JORDAN HOWANITZ, TN BA #035622
Assistant United States Attorney
520 Denison Avenue
Muskogee, OK 74401
Telephone: (918) 684-5100

---

[1] See *Nixon v. Warner Communications, Inc.*, 435 U.S. 589, 598, 98 S.Ct. 1306, 55 L.Ed.2d 570 (1978)(courts have inherent power, as incident to their constitutional function, to control papers filed with the courts within certain constitutional and other limitations); *In re Knight Pub. Co.*, 743 F.2d 231 (4th Cir.1984)(trial court has supervisory power over its own records and may, in its discretion, seal documents if the public's right of access is outweighed by competing interests); *Baltimore Sun Co. v. Goetz*, 886 F.2d 60, 65 (4th Cir.1989)(a judicial officer may deny access when sealing a document is essential to preserve higher values and is narrowly tailored to serve that interest); and *Times Mirror Co. v. United States*, 873 F.2d 1210 (9th Cir.1989)(upon showing by the government that an ongoing criminal investigation exists, a search warrant and related documents may be sealed).