## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **IN THE MATTER OF THE SEARCH OF:** <br> **THE PREMISES LOCATED AT 11985 NS** <br> **3580, SEMINOLE, OK 74868, IDENTIFIED** <br> **BY PARCEL 0000-02-009-006-4-017-00,** <br> **LOCATED WITHIN THE EASTERN** <br> **DISTRICT OF OKLAHOMA** | **Case No.**   25-MJ-84-JAR |

### ORDER TO FILE UNDER SEAL

This matter comes before the Court on the Motion of the United States to file under seal the Application for an Anticipatory Search Warrant, Affidavit, Anticipatory Search Warrant, Search Warrant Return, and this Order, submitted in the above-captioned case.  The Court, having fully considered the reason(s) set forth in the motion, hereby finds that the Motion to File Under Seal should be and is hereby **GRANTED**.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** the Application for an Anticipatory Search Warrant, Affidavit, Anticipatory Search Warrant, Search Warrant Return, this Motion to File Under Seal, and this Order be filed under seal.

Dated this ___14___ day of March 2025.

_____
UNITED STATES MAGISTRATE JUDGE