ORIGINAL

EDOK - Search Warrant (Revised 5/13)

# United States District Court
## EASTERN DISTRICT OF OKLAHOMA

IN THE MATTER OF THE SEARCH OF: THE PREMISES LOCATED AT 11985 NS 3580, SEMINOLE, OK 74868, IDENTIFIED BY PARCEL 0000-02-009-006-4-017-00, LOCATED WITHIN THE EASTERN DISTRICT OF OKLAHOMA

Case No.  25-MJ-84-JAR

## ANTICIPATORY SEARCH AND SEIZURE WARRANT

**TO:**     ANY AUTHORIZED LAW ENFORCEMENT OFFICER

An application by a federal law enforcement officer or an attorney for the government request the search of the following person or property located in the **EASTERN** District of **OKLAHOMA** *(identify the person or describe the property to be searched and give its location)*:

### SEE ATTACHMENT "A"

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property UPON OCCURRENCE OF THE FOLLOWING CONDITION(S):  That the PACKAGE described in the affidavit is delivered, accepted, and taken inside the PREMISES described in ATTACHMENT "A".

I further find that upon the occurrence of the conditions specified above, such search will reveal: (identify the person or describe the property to be seized):

### SEE ATTACHMENT "B"

**YOU ARE HEREBY COMMANDED** to execute this warrant on or before ___March 28, 2025___
*(not to exceed 14 days)*

☒     in the daytime 6:00 a.m. to 10:00 p.m.
☐     at anytime in the day or night as I find reasonable cause has been established

IF THE CONDITION(S) DESCRIBED ABOVE HAVE NOT OCCURRED, THIS WARRANT MUST NOT BE EXECUTED.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge Jason A. Robertson.

☐     Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer after executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check)*:
    ☐     for _____ days *(not to exceed 30)*.
    ☐     until, the facts justifying, the later specific date of __

Date and time issued:     3/14/2025

City and state:     Muskogee, Oklahoma

*Judge's signature*
JASON A. ROBERTSON
UNDERLINE UNITED STATES MAGISTRATE JUDGE
*Printed name and title*

EDOK - Search Warrant PAGE 2

| **RETURN** | | |
|---|---|---|
| Case No.:<br>25-MJ-84-JAR | Date and time warrant executed:<br>3/19/2025 Approx 11:00Am | Copy of warrant and inventory left with:<br>Mr. Chi and Mr. Jiang |
| Inventory made in the presence of: | | |

Inventory of the property taken and name of any person(s) seized:

See attached Chain of custody form.

See attached U.S. EPA, OCEFT Receipt form.

See attached EPA-NEIC "Samples and/or documents obtained on site" form.

See attached three shipping labels.

## CERTIFICATION

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 7/15/2026

_____
Executing officer's signature

Robert Kozeluh, Special Agent
Printed name and title

## ATTACHMENT A

*Property to Be Searched*

The property to be searched is Scott's Green LLC and/or J&D Grow LLC, a large medical marijuana farm located at 11985 NS 3580, Seminole, OK 74868, identified by parcel 0000-02-009-006-4-017-00, located within the Eastern District of Oklahoma (hereinafter, the "**PREMISES**"). The **PREMISES** encompasses 20 acres, containing an unknown number of (approximately 20) greenhouses, two shop buildings at 20x40x10, two floating boat docks at 20x20x8, and a 3,612 square foot residence. Vehicle entrance to the property is located on NS 3580 Road and the land is located on the west side of the road. The **PREMISES** is surrounded by additional plots of land not associated with this investigation to the North, South, and East. The search of the **PREMISES** shall include the entire parcel of land, all persons, buildings, vehicles, sheds, trailers, and areas located on the **PREMISES**. Additionally, the entire land (conveyances, tributaries, streams, creeks, waste piles, soil, surface water, groundwater, vegetation) and storage tanks (and associated equipment such as hoses) are subject to search to perform sampling and forensic testing. Connection to the vehicles may be established by evidence that anyone residing at the **PREMISES** and/or the SUBJECTS own, operate, and/or have access to any vehicle parked at in or front of the **PREMISES**. Evidence includes law enforcement observation, vehicle registration, subject admission, or possession of an ignition key.



Figure A-1: Google Ariel image of the PREMISES



Figure A-2: Seminole County Assessor's Map of residence on the PREMISES



Figure A-3: Seminole County Assessor's Map of shed at PREMISES.



Figure A-4: Seminole County Assessor's schematic of residence of **PREMISES**.

**ATTACHMENT B**

*PROPERTY TO BE SEIZED*

1.  All records, information, evidence, contraband, and property designed and intended for use as the means for committing the criminal offenses relating to violations of 7 U.S.C. 136j(a)(2)(F)) (FIFRA's requirements related to pesticide distribution, sale, or use in United States); 18 U.S.C. 545 (smuggling), 18 U.S.C. § 1716 (injurious articles as nonmailable), and 18 U.S.C. § 1341 (mail fraud), those violations involving Scott's Green LLC and/or J&D Grow LLC and its employees, and CHI, Jin Zhao, and including:

2.  Any FIFRA-prohibited pesticides.

3.  Any list of customers relating to the purchase, sale and/or distribution of any and/or FIFRA-prohibited pesticides.

4.  Any types, amounts, and prices of FIFRA-prohibited pesticides trafficked as well as dates, places, and amounts of specific transactions.

5.  Any evidence relating to the purchase, sale and/or distribution of FIFRA-prohibited pesticides.

6.  Evidence of other means of communication (including in person meetings, text messages, phone calls) the persons who used the electronic devices and their co-conspirators employed to communicate regarding the purchase, sale and/or distribution of FIFRA-prohibited pesticides.

7.  All records, files, contracts, agreements, bill of ladings, shipping manifests, or other documents regarding the purchase or acquisition of FIFRA-prohibited pesticides.

8.  Any records, files, contracts, agreements, or other documents, correspondence, memoranda, files, or other documents which reflect Scott's Green LLC and/or J&D Grow LLC,

23

handling, storage, treatment, or disposal of pesticides and/or treatment of agriculture plants.

9. All personnel records for employees of Scott's Green LLC and/or J&D Grow LLC, which provide information regarding the identity, contact telephone numbers, and addresses as well as information regarding the positions and job descriptions of Scott's Green LLC and/or J&D Grow LLC, employees.

10. Any documents, records, files, or memoranda that describe the operations of Scott's Green LLC.

11. Drivers' logs, trip records, bills of ladings, manifests, fuel purchases, weigh certificates, or other documents relating to the transportation of FIFRA prohibited pesticides to and from Scott's Green LLC and/or J&D Grow LLC.

12. Any and all records that demonstrate knowledge of federal, state, or local environmental and safety statutes and regulations by Scott's Green LLC and/or J&D Grow LLC, its owners, managers, or employees.

13. Telephone records, address books, and customer account information.

14. Ledgers, bank records, receipts, billing information, accounting, and bookkeeping records.

15. Materials describing any services related to "pesticides".

16. Any information relating to shipping, receiving, shipping, storing, and transporting of FIFRA prohibited pesticides including materials such as invoices, bill of ladings, and purchase information.

17. Business-related information associated with any government entity, including correspondence or applications for federal, state, and local permits or licenses required under the FIFRA or any state or local law regarding pesticides.

18. Desktop computers, personal computers, network computers, servers, mobile phones, and any other computer device ("COMPUTER") located on the premises. The warrant authorizes the access, search, and copying of information stored on each computer, including but not limited to "deleted," hidden, or encrypted data to determine whether the data falls within the list of items to be seized. To enable a qualified computer expert to accurately retrieve the system's data in a laboratory or other controlled environment, the search team seeks authorization to seize the computer hardware, and associated peripherals, that are believed to contain some or all of the evidence described above and to conduct off-site search of the hardware for the evidence described, if, upon arriving at the scene, the agents executing the search conclude it would be impractical to search or copy the computer hardware on-site for this evidence. The EPA intends to obtain forensic images of any computers and their storage devices while on-site, to the extent practicable. Agents will make all reasonable efforts to not disrupt the integrity of any legitimate business.

19. For any COMPUTER that is called for by this warrant or that might contain items otherwise called for by this warrant:

a. evidence of who used, owned, or controlled the COMPUTER at the time the items described in this warrant were created, edited, or deleted, such as logs, registry entries, configuration files, saved usernames and passwords, documents, calendars, browsing history, user profiles, e-mail, e-mail contacts, chat or instant messaging logs, photographs, and correspondence;

b. evidence of the attachment to the COMPUTER of other storage devices or similar containers for electronic evidence;

c. evidence of how and when the COMPUTER was used or accessed to determine the

chronological context of computer access, use, and events relating to crime under investigation and to the computer user;

d. passwords, encryption keys, and other access devices that may be necessary to access the COMPUTER;

e. documentation and manuals that may be necessary to access the COMPUTER or to conduct a forensic examination of the COMPUTER;

f. contextual information necessary to understand the evidence described in this attachment.

20. Any and all computers and storage media that reasonably appear to contain some or all of the records, information, and/or evidence described in Attachment B.

21. As used above, the terms "records" and "information" include all forms of creation or storage, including any form of computer or electronic storage (such as hard disks or other media that can store data); any handmade form (such as writing); any mechanical form (such as printing or typing); and any photographic form (such as microfilm, microfiche, prints, slides, negatives, videotapes, motion pictures, or photocopies).

22. During the execution of the search of the **PREMISES** described in Attachment A, law enforcement personnel are authorized to (1) press or swipe the fingers (including thumbs) of any individual, who is found at the **PREMISES** and reasonably believed by law enforcement to be a user of a device found at the **PREMISES**, to the fingerprint scanner of the device; (2) hold a device found at the **PREMISES** in front of the face those same individuals and activate the facial recognition feature, for the purpose of attempting to unlock the device in order to search the contents as authorized by this warrant.

## SPECIAL CONDITIONS PERTINENT TO SEARCHES

23. The following special conditions are applicable to the searches of the premises described in Attachment A and vehicles located at the premises:

24. Special Agents with the EPA-CID will be leading the execution of this search warrant. The Special Agents executing the search warrant are authorized to enlist the assistance of necessary personnel, including EPA Emergency Responders and technical contractors retained by the EPA, Agents with Homeland Security Investigations Agents, the Oklahoma State Bureau of Investigations, Oklahoma State Bureau of Narcotics, and Criminal Investigators from the Oklahoma Department of Environmental Quality.

25. The search team and any necessary technical personnel are authorized to access, search, and copy electronic data that relates to the internal tracking of equipment, inventory, samples, analysis, and analytical results.

26. The search team is authorized to inventory, inspect, photograph, videotape, and seize records as further described above.

27. The search team is authorized to inventory, inspect, and photograph all vehicles located at the search site during the execution of the warrant.

28. The search team shall be allowed to sketch, photograph, and videotape all interior and exterior portions of the premises and all vehicles located therein.

29. For the safety of the search team and the preservation of evidence, the search team may restrict the movement of any vehicle on the premises during the searches.

30. The search team is authorized to exclude from the search sites and from any part of the surrounding vicinity designated by the search team as potentially unsafe, all persons who are not authorized to assist in the search. Search team members may bar all public access during the

27

execution of the search warrants if the presence of such persons will interfere with the efficient or safe performance of the activities authorized by the warrants.




**United States Environmental Protection Agency**
**Criminal Investigation Division**

# CHAIN OF CUSTODY

COC#_____ 8875-0600-NCFL-01

| Case Title: | Office: | Case Number: |
|---|---|---|
| Scott's Green LLC | Dallas Area Office | 8875-0600 |

| Owner Name, Address and Phone Number: | Source: |
|---|---|
| 11985 NS 3580 RD<br>Seminole, OK | ■ Search Warrant<br>☐ Grand Jury Subpoena<br>☐ Consent Seizure<br>☐ Abandoned |
| **Other Contact Name, Relation to Owner and Phone Number:** | ☐ Digital/Electronic Capture<br>☐ Voluntary Submission<br>☐ Other (Describe): |

| Collected By (Print/Sign/Date): | Storage Location and Date Entered: |
|---|---|
| SA Joshua Tromp    JOSHUA TROMP  Digitally signed by JOSHUA TROMP  Date: 2025.03.21 09:55:58 -06'00' | NCFL 3/19/2025 |

**Remarks:** Devices provided to SA Tromp and SA Poon by interviewing agents

| Relinquished to (Print/Sign/Date): | Storage Location and Date Entered: |
|---|---|
| | |
| Relinquished to (Print/Sign/Date): | Storage Location and Date Entered: |
| | |
| Relinquished to (Print/Sign/Date): | Storage Location and Date Entered: |
| | |
| Relinquished to (Print/Sign/Date): | Storage Location and Date Entered: |
| | |
| Relinquished to (Print/Sign/Date): | Storage Location and Date Entered: |
| | |

| Final Disposition By (Print/Sign): | Returned to (Sign/Date): |
|---|---|
| **Destruction Date:** | **Other Disposition (Describe):** |

| Item/Box Number: | Description: |
|---|---|
| 1 | Image of iPhone 15 Pro Max. Owner Dian Lin Jiang. 8875-0600_A_7340NP_Jiang. MD5 d21165e4abe641e642e42aa110620484 |
| 2 | Image of iPhone 12, Owner Jin Zhao Chi. 08875-0600_A_BU0DXP.7z. MD5 a10256e6c37b9f54ddf685aac375dea2 |
| 3 | Image of iPhone 12, Owner Min Juan Zheng. 08875-0600_A_349461.7z MD5 4a1bd799b40309242c515e2500d025b |
| 4 | Image of iPhone 16 Pro Max, Owner Zhi Peng Yuan. 8875-0600_A_2Y03JW_Yuan.7z. MD527c9e86e0f4b5d623bc7b4fe5672d577 |
| 5 | Image of iPad Air, Owner Dian Lin Jiang. 8875-0600_A_ACQ16T.7z. MD5 8c9d3c5e8655fb2cdd6539f088ad2c28 |
| | |

OCEFT Form 7-01    Original – With Item    Copy–Evidence Log    Copy – eCase File    Rev_03/2017

Page _____ of _____



# United States Environmental Protection Agency
## Criminal Investigation Division



## CHAIN OF CUSTODY  Continuation Page

COC#___8875-0600-NCFL-01

| Case Title:<br>Scott's Green LLC | Case Number:<br>8875-0600 |
|---|---|

| Item/Box Number: | Description: |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

**OCEFT Form 7-01     Original - With Item   Copy-Evidence Log   Copy – eCase File     Rev_03/2017**

Page _____ of _____




**United States Environmental Protection Agency**
**Criminal Investigation Division**

| CHAIN OF CUSTODY  Continuation Page | COC#  8875-0600-NCFL-01 |
|---|---|

| Case Title: Scott's Green LLC | Case Number: 8875-0600 |
|---|---|

| Relinquished to (Print/Sign/Date): | Storage Location and Date Entered: |
|---|---|
| Relinquished to (Print/Sign/Date): | Storage Location and Date Entered: |
| Relinquished to (Print/Sign/Date): | Storage Location and Date Entered: |
| Relinquished to (Print/Sign/Date): | Storage Location and Date Entered: |
| Relinquished to (Print/Sign/Date): | Storage Location and Date Entered: |
| Relinquished to (Print/Sign/Date): | Storage Location and Date Entered: |
| Relinquished to (Print/Sign/Date): | Storage Location and Date Entered: |
| Relinquished to (Print/Sign/Date): | Storage Location and Date Entered: |
| Relinquished to (Print/Sign/Date): | Storage Location and Date Entered: |
| Relinquished to (Print/Sign/Date): | Storage Location and Date Entered: |
| Relinquished to (Print/Sign/Date): | Storage Location and Date Entered: |
| Relinquished to (Print/Sign/Date): | Storage Location and Date Entered: |
| Relinquished to (Print/Sign/Date): | Storage Location and Date Entered: |
| Relinquished to (Print/Sign/Date): | Storage Location and Date Entered: |
| Relinquished to (Print/Sign/Date): | Storage Location and Date Entered: |
| Relinquished to (Print/Sign/Date): | Storage Location and Date Entered: |
| Relinquished to (Print/Sign/Date): | Storage Location and Date Entered: |
| Relinquished to (Print/Sign/Date): | Storage Location and Date Entered: |
| Relinquished to (Print/Sign/Date): | Storage Location and Date Entered: |
| Relinquished to (Print/Sign/Date): | Storage Location and Date Entered: |

OCEFT Form 7-01    Original - With Item    Copy-Evidence Log    Copy – eCase File    Rev_03/2017

Page _____ of _____

| | United States Environmental Protection Agency<br>Office of Criminal Enforcement, Forensics and Training<br>**RECEIPT** | |
|---|---|---|
| | **RECEIVED FROM**<br>Scott's Green LLC<br>11985 NS 3580 Rd,<br>Seminole, Oklahoma 74868 | **CASE NUMBER**<br>08875-0600 |
| | | **DATE**<br>March 19, 2025 |
| | **PURPOSE**<br>Search Warrant Inventory (Case Agent Copy), DCN: | **OFFICE**<br>Dallas Area Office |

| ITEM NO. | ITEM DESCRIPTION |
|---|---|
| 001 | Description: 5 Forensic Images (4 Mobile Phones, 1 Tablet)<br>Found by/Location:<br>Placed into Box: |
| 002 | Description: 22 black and silver packages; Chinese-labeled pesticides<br>Found by/Location: Sims/ F6<br>Placed into Box: PENDING DESTRUCTION |
| 003 | Description: 35 black silver packages; Chinese-labeled pesticides<br>Found by/Location: Convey/ J3<br>Placed into Box: PENDING DESTRUCTION |
| 004 | Description: 38 black and silver packages; Chinese-labeled pesticides<br>Found by/Location: Convey/ J3<br>Placed into Box: PENDING DESTRUCTION |
| 005 | Description: 26 black and silver packages; Chinese-labeled pesticides<br>Found by/Location: Convey/ J3<br>Placed into Box: PENDING DESTRUCTION |
| 006 | Description: 6 brown pouches, 2 sticks<br>Found by/Location: J3<br>Placed into Box: PENDING DESTRUCTION ) |
| 007 | Description: Invoice and UPS Waybill / Tracking Number<br>Found by/Location: Sims/ F6<br>Placed into Box: returned to Case Agent |
| 008 | Description: 15 - 500 ml bottle Spider Control Insecticide (white<br>Found by/Location: Overhauser/ Myles; Connex box and green houses<br>Placed into Box: PENDING DESTRUCTION |
| 009 | Description: 107 – Pesticides (small white bottle of target red and white spiders)<br>Found by/Location: Overhauser/ Myles; Connex box and green houses<br>Placed into Box: PENDING DESTRUCTION |
| 010 | Description: 8 black and silver packages; Chinese-labeled pesticides<br>Found by/Location: Overhauser/ Myles; Connex box and green houses<br>Placed into Box: PENDING DESTRUCTION |
| 011 | Description:<br>Found by/Location:<br>Placed into Box: |
| 012 | Description:<br>Found by/Location:<br>Placed into Box: |

Search Warrant Inventory – Case Number 08875-0600 Scott's Green LLC
11985 NS 3580 Rd, Seminole, Oklahoma 74868
Page 2 of TOTAL PAGE No.

| ITEM NO. | ITEM DESCRIPTION |
|---|---|
| 013 | Description:<br>Found by/Location:<br>Placed into Box: |
| 014 | Description:<br>Found by/Location:<br>Placed into Box: |
| 015 | Description:<br>Found by/Location:<br>Placed into Box: |
| 016 | Description:<br>Found by/Location:<br>Placed into Box: |
| 017 | Description:<br>Found by/Location:<br>Placed into Box: |
| 018 | Description:<br>Found by/Location:<br>Placed into Box: |
| 019 | Description:<br>Found by/Location:<br>Placed into Box: |
| 020 | Description:<br>Found by/Location:<br>Placed into Box: |
| 021 | Description:<br>Found by/Location:<br>Placed into Box: |
| 022 | Description:<br>Found by/Location:<br>Placed into Box: |
| 023 | Description:<br>Found by/Location:<br>Placed into Box: |
| 024 | Description:<br>Found by/Location:<br>Placed into Box: |
| 025 | Description:<br>Found by/Location:<br>Placed into Box: |
| 026 | Description:<br>Found by/Location:<br>Placed into Box: |
| 027 | Description:<br>Found by/Location:<br>Placed into Box: |
| 028 | Description:<br>Found by/Location:<br>Placed into Box: |

Search Warrant Inventory – Case Number 08875-0600 Scott's Green LLC
11985 NS 3580 Rd, Seminole, Oklahoma 74868
Page 3 of TOTAL PAGE No.

| ITEM NO. | ITEM DESCRIPTION |
|---|---|
| 029 | Description:<br>Found by/Location:<br>Placed into Box: |
| 030 | Description:<br>Found by/Location:<br>Placed into Box: |
| 031 | Description:<br>Found by/Location:<br>Placed into Box: |
| 032 | Description:<br>Found by/Location:<br>Placed into Box: |
| 033 | Description:<br>Found by/Location:<br>Placed into Box: |
| 034 | Description:<br>Found by/Location:<br>Placed into Box: |
| 035 | Description:<br>Found by/Location:<br>Placed into Box: |
| 036 | Description:<br>Found by/Location:<br>Placed into Box: |
| 037 | Description:<br>Found by/Location:<br>Placed into Box: |
| 038 | Description:<br>Found by/Location:<br>Placed into Box: |
| 039 | Description:<br>Found by/Location:<br>Placed into Box: |
| 040 | Description:<br>Found by/Location:<br>Placed into Box: |
| 041 | Description:<br>Found by/Location:<br>Placed into Box: |
| 042 | Description:<br>Found by/Location:<br>Placed into Box: |
| 043 | Description:<br>Found by/Location:<br>Placed into Box: |
| 044 | Description:<br>Found by/Location:<br>Placed into Box: |

**OCEFT FORM 7-02**          **OFFICIAL USE ONLY**          **09/09**

Search Warrant Inventory – Case Number 08875-0600 Scott's Green LLC
11985 NS 3580 Rd, Seminole, Oklahoma 74868
Page 4 of TOTAL PAGE No.

| ITEM NO. | ITEM DESCRIPTION |
|---|---|
| 045 | Description:<br>Found by/Location:<br>Placed into Box: |
| 046 | Description:<br>Found by/Location:<br>Placed into Box: |
| 047 | Description:<br>Found by/Location:<br>Placed into Box: |
| 048 | Description:<br>Found by/Location:<br>Placed into Box: |
| 049 | Description:<br>Found by/Location:<br>Placed into Box: |
| 050 | Description:<br>Found by/Location:<br>Placed into Box: |
| 051 | Description:<br>Found by/Location:<br>Placed into Box: |
| 052 | Description:<br>Found by/Location:<br>Placed into Box: |
| 053 | Description:<br>Found by/Location:<br>Placed into Box: |
| 054 | Description:<br>Found by/Location:<br>Placed into Box: |
| 055 | Description:<br>Found by/Location:<br>Placed into Box: |
| 056 | Description:<br>Found by/Location:<br>Placed into Box: |
| 057 | Description:<br>Found by/Location:<br>Placed into Box: |
| 058 | Description:<br>Found by/Location:<br>Placed into Box: |
| 059 | Description:<br>Found by/Location:<br>Placed into Box: |
| 060 | Description:<br>Found by/Location:<br>Placed into Box: |

Search Warrant Inventory – Case Number 08875-0600 Scott's Green LLC
11985 NS 3580 Rd, Seminole, Oklahoma 74868
Page  5  of TOTAL PAGE No.

| ITEM NO. | ITEM DESCRIPTION |
|---|---|
| 061 | Description:<br>Found by/Location:<br>Placed into Box: |
| 062 | Description:<br>Found by/Location:<br>Placed into Box: |
| 063 | Description:<br>Found by/Location:<br>Placed into Box: |
| 064 | Description:<br>Found by/Location:<br>Placed into Box: |
| 065 | Description:<br>Found by/Location:<br>Placed into Box: |
| 066 | Description:<br>Found by/Location:<br>Placed into Box: |
| 067 | Description:<br>Found by/Location:<br>Placed into Box: |
| 068 | Description:<br>Found by/Location:<br>Placed into Box: |
| 069 | Description:<br>Found by/Location:<br>Placed into Box: |
| 070 | Description:<br>Found by/Location:<br>Placed into Box: |
| 071 | Description:<br>Found by/Location:<br>Placed into Box: |
| 72 | Description:<br>Found by/Location:<br>Placed into Box: |
| 73 | Description:<br>Found by/Location:<br>Placed into Box: |
| 074 | Description:<br>Found by/Location:<br>Placed into Box: |
| 075 | Description:<br>Found by/Location:<br>Placed into Box: |
| 076 | Description:<br>Found by/Location:<br>Placed into Box: |

**OCEFT FORM 7-02**　　　　**OFFICIAL USE ONLY**　　　　**09/09**

Search Warrant Inventory – Case Number 08875-0600 Scott's Green LLC
11985 NS 3580 Rd, Seminole, Oklahoma 74868
Page  6  of TOTAL PAGE No.

| ITEM NO. | ITEM DESCRIPTION |
|---|---|
| 077 | Description:<br>Found by/Location:<br>Placed into Box: |
| 078 | Description:<br>Found by/Location:<br>Placed into Box: |
| 079 | Description:<br>Found by/Location:<br>Placed into Box: |
| 080 | Description:<br>Found by/Location:<br>Placed into Box: |
| 081 | Description:<br>Found by/Location:<br>Placed into Box: |
| 082 | Description:<br>Found by/Location:<br>Placed into Box: |
| 083 | Description:<br>Found by/Location:<br>Placed into Box: |
| 084 | Description:<br>Found by/Location:<br>Placed into Box: |
| 085 | Description:<br>Found by/Location:<br>Placed into Box: |
| 086 | Description:<br>Found by/Location:<br>Placed into Box: |
| 087 | Description:<br>Found by/Location:<br>Placed into Box: |
| 088 | Description:<br>Found by/Location:<br>Placed into Box: |
| 089 | Description:<br>Found by/Location:<br>Placed into Box: |
| 090 | Description:<br>Found by/Location:<br>Placed into Box: |
| 091 | Description:<br>Found by/Location:<br>Placed into Box: |
| 092 | Description:<br>Found by/Location:<br>Placed into Box: |

**OCEFT FORM 7-02**          **OFFICIAL USE ONLY**          **09/09**

Search Warrant Inventory – Case Number 08875-0600 Scott's Green LLC
11985 NS 3580 Rd, Seminole, Oklahoma 74868
Page  7  of TOTAL PAGE No.

| ITEM NO. | ITEM DESCRIPTION |
|---|---|
| 093 | Description:<br>Found by/Location:<br>Placed into Box: |
| 094 | Description:<br>Found by/Location:<br>Placed into Box: |
| 095 | Description:<br>Found by/Location:<br>Placed into Box: |
| 096 | Description:<br>Found by/Location:<br>Placed into Box: |
| 097 | Description:<br>Found by/Location:<br>Placed into Box: |
| 098 | Description:<br>Found by/Location:<br>Placed into Box: |
| 099 | Description:<br>Found by/Location:<br>Placed into Box: |
| 100 | Description:<br>Found by/Location:<br>Placed into Box: |
| 101 | Description:<br>Found by/Location:<br>Placed into Box: |
| 102 | Description:<br>Found by/Location:<br>Placed into Box: |
| 103 | Description:<br>Found by/Location:<br>Placed into Box: |
| 104 | Description:<br>Found by/Location:<br>Placed into Box: |
| 105 | Description:<br>Found by/Location:<br>Placed into Box: |
| 106 | Description:<br>Found by/Location:<br>Placed into Box: |
| 107 | Description:<br>Found by/Location:<br>Placed into Box: |
| 108 | Description:<br>Found by/Location:<br>Placed into Box: |

OCEFT FORM 7-02                OFFICIAL USE ONLY                09/09

Search Warrant Inventory – Case Number 08875-0600 Scott's Green LLC
11985 NS 3580 Rd, Seminole, Oklahoma 74868
Page 8 of TOTAL PAGE No.

| 109 | Description: |
| | Found by/Location: |
| | Placed into Box: |
| 110 | Description: |
| | Found by/Location: |
| | Placed into Box: |

**U.S. ENVIRONMENTAL PROTECTION AGENCY**
Office of Enforcement and Compliance Assurance

**NATIONAL ENFORCEMENT INVESTIGATIONS CENTER**
P.O. Box 25227, Denver Federal Center
Denver, Colorado 80225

### SAMPLES AND/OR DOCUMENTS OBTAINED ON SITE

| Name of Facility | Project Number |
|---|---|
| Scotts Green LLC | FI 2250 |

**Facility Location** Seminole, OK

| DESCRIPTION |
|---|
| 10 samples collected for analysis by NEIC laboratory |

| Facility Representative (signature) | EPA Representative (signature) *Richard Helmick* |
|---|---|
| **Name (print)** | **Name (print)** Richard Helmick |
| **Title** | **Date Signed** | **Title** Chemist | **Date Signed** 3/19/25 |

Distribution: Original to Facility Representative; Copy to Project File
NEIC Form/03-010 (January 2003)

NE 0180

☆ U.S. GOVERNMENT PRINTING OFFICE  2003-574-118/850

# Invoice

Page 1

| FROM | |
|---|---|
| **Tax ID/EIN/VAT No.:** | |
| **Contact Name:** SUNGCHUN KIM | |
| ZIOU KOREA | |
| 447 Gangseo-ro, Gangseo-gu, Seoul | |
| Seoul | |
| Korea, Republic of | |
| **Phone:** 07080274943 | |

**Waybill Number:** H07382CVFFD     /1ZH073820431165756

**Shipment ID:** H07382CVFFD

Date: 05/MAR/2025
Invoice No:
PO No: 1689468601
Terms of Sale (Incoterm):
Reason for Export: SALE

| SHIP TO | SOLD TO INFORMATION |
|---|---|
| **Tax ID/VAT No.:** | **Tax ID/VAT No.:** |
| **EORI No.:** | **Contact Name:** A CHI |
| **Contact Name:** A CHI | A CHI |
| A CHI | 11985 NS 3580 |
| 11985 NS 3580 | |
| | SEMINOLE, OK 74868 |
| SEMINOLE, OK 74868 | |
| | United States |
| United States | |
| **Phone:** 6264633162 | **Phone:** 6264633162 |

| Units | U/M | Description of Goods/Part No. | Harm. Code | C/T/O | Unit Value | Total Value | Taxes Paid |
|---|---|---|---|---|---|---|---|
| 15 | PCS | plastics Plastic Gloves apparel | 3926201900 | KR | 2.00 | 30.00 | |
| 22 | PCS | polyvinyl chloride Data linesdomestic | 8544422900 | KR | 2.5 | 55.00 | |
| 15 | PCS | plastics Cell phone case decorate | 4016109000 | KR | 2.00 | 30.00 | |

**Additional Comments:**

**Declaration Statement:**

| | |
|---|---|
| **Invoice Line Total:** | 115.00 |
| **Discount/Rebate:** | 0.00 |
| **Invoice Sub-Total:** | 115.00 |
| **Freight:** | 0.00 |
| **Insurance:** | 0.00 |
| **Other (other):** | 0.00 |
| **Total Invoice Amount:** | 115.00 |

**Total Number of Packages:** 1     Currency: USD

**Total Weight:** 11.4 KGS

**Shipper**          **Date**

## UPS COPY

EDI

**SHIPPER**

UPS Account Number: H07382

Tax ID/VAT No.:

Contact: SUNGCHUN KIM

ZIOU KOREA

Phone: 07080274943

447 Gangseo-ro, Gangseo-gu, Seoul

Seoul

KOREA

KR

**SHIP TO**

UPS Account Number:

Tax ID/VAT No.:

Contact: A CHI

A CHI

Phone: 6264633162

11985 NS 3580

SEMINOLE

74868

UNITED STATES OF AMERICA

US

Express Saver                          1P

**SHIPMENT INFORMATION**

Pkgs 1

Lg Pkgs

Actual Wt    11.000          Kg

Billable Wt   11.000          Kg

Description of Goods:

plastics Plastic Gloves apparel HS 3

Declared Value for Carriage:

Additional Handling:

Residential:

Reference 1: 1689468601

Reference 2:

**UPS WAYBILL/TRACKING NUMBER**

1ZH073820431165756

**UPS SHIPMENT ID**

H07382CVFFD

**SPECIAL INSTRUCTIONS**

[X] Package

**PAYMENT OF CHARGES**

[X] Bill Transportation To Shipper:H07382

**CARRIER USE**

| Received For UPS By: | Date | Time |
|---|---|---|
| | | |
| Amount Received: | [  ] Cheque | [ ] Cash |
| No. of packages for which the Additional Handling charge applies: | | |
| Other Information: | | |

Fold Here and Place in Pouch

Tracking Numbers for additional packages in the shipment:

1:1ZH073820431165756

Hong Kong
HONG KONG SAR, CHINA
17512902320

Trader Type:
VAT No:
EORI:
TAX ID:

OK
UNITED STATES OF AMERICA
6264633162

Trader Type:
VAT No:
EORI:

Shipper Reference:   1689470152A
Receiver Reference:

Remarks:

| Item | Description | Commo-dity Code | GST paid | Net / Gross Weight | COO | Reference Type & ID | QTY | Unit Value | Sub Total Value |
|------|-------------|-----------------|----------|--------------------|-----|---------------------|-----|------------|-----------------|
| 1 | PLASTICS CELL PHONE CASE DECORATE | IB:4016109000 OB: 4016109000 | | 0.249 kg 6.233 kg | CN | | 25 PCS | 2.000 USD | 50.00 USD |
| 2 | POLYVINYL CHLORIDE DATA LINES DOMESTIC | IB:8544422900 OB: 8544422900 | | 0.283 kg 6.233 kg | CN | | 22 PCS | 2.500 USD | 55.00 USD |
| 3 | STAINLESS STEEL LATCH FITMENT | IB:8301500000 OB: 8301500000 | | 0.416 kg 6.233 kg | CN | | 15 PCS | 3.000 USD | 45.00 USD |

Total Goods Value:                 150.00 USD
Total Invoice Amount:              150.00 USD
Currency Code:                     USD
Terms of Payment:
Terms of Trade:                    DAP
Place of Incoterm:                 SEMINOLE
Reason for Export:
Type of Export:
Total Net Weight:                  0.948 kg
Total Gross Weight:                18.699 kg

Total line items:          3
Number of Pallets:
Total units:               62
Package Marks / Other Info:

Payer of GST / VAT: